UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KEVIN V. BYNG,

                             Plaintiff,

   -against-

BOB KELLY, EXECUTIVE DIRECTOR, UTICA MUNICIPAL HOUSING AUTHORITY (HEREAFTER "KELLY"), BOB CONNELLY, SECURITY, UTICA MUNICIPAL HOUSING AUTHORITY (HEREAFTER "CONNELLY"),

                            Defendants.
-----------------------------------------------------------------x

Docket No.: 22-cv-1406
(DNH) (ATB)

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff KEVIN V. BYNG hereby gives notice that this action is voluntarily dismissed. Defendants BOB KELLY and BOB CONNELLY have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, WITH PREJUDICE. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: September 29, 2023

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 10-04-2023

Respectfully submitted,

_Kevin V. Byng_ 10/4/23
KEVIN V. BYNG

1